

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

William Craig Rogers, Jr.,            * From the 91st District Court
                                                    of Eastland County,
                                                    Trial Court No. 23186.

Vs. No. 11-16-00308-CR            * April 6, 2017

The State of Texas,            * Per Curiam Memorandum Opinion
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Countiss, sitting by
                                                    assignment)
                                                    (Bailey, J., not participating)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.